USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
JOSUE PAGUADA, *Individually, and On Behalf of All* :
*Others Similarly Situated*, :
:
                              Plaintiff, :
:
             -v- :
:
BESTNEST INC, :
:
                        Defendant. :
                                      X
-----------------------------------------------------------------

1:22-cv-838-GHW

**ORDER**

GREGORY H. WOODS, United States District Judge:

    This case has been reassigned to Judge Gregory H. Woods. Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

    SO ORDERED.

Dated: April 11, 2022
       New York, New York

                                                        GREGORY H. WOODS
                                                United States District Judge